A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Mar 31, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 16, 2010**

FILED
CLERK'S OFFICE

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**

MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 550 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 31, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                                    MDL No. 1905

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                **CASE CAPTION**

CALIFORNIA EASTERN
  CAE 2 10-336          John Vermeulen v. Medtronic USA, Inc.   10-1104   RHK/JSM

FLORIDA MIDDLE
  FLM 8 10-477          Steven Moore, et al. v. Medtronic, Inc., et al.   10-1105   RHK/JSM

FLORIDA SOUTHERN
  FLS 9 10-80328        Martha Ann Thomas, etc. v. Medtronic, Inc.   10-1106   RHK/JSM

ILLINOIS SOUTHERN
  ILS 3 10-92           Kathy Mueller, etc. v. Medtronic, Inc.   10-1107   RHK/JSM

MASSACHUSETTS
  ~~MA 4 10-40049~~        ~~Rosemary Soderberg, etc. v. Medtronic, Inc., et al.~~ Opposed 3/31/10

MARYLAND
  MD 8 10-529           John J. Glazier, Sr., etc. v. Medtronic, Inc., et al.   10-1108   RHK/JSM

NEW JERSEY
  NJ 1 10-814           Joann King v. Medtronic, Inc., et al.   10-1109   RHK/JSM
  NJ 1 10-815           Lenette Heinzinger, et al. v. Medtronic, Inc., et al.   10-1110   RHK/JSM

NEVADA
  NV 2 10-197           Lana R. Bates v. Medtronic, Inc.   10-1111   RHK/JSM

NEW YORK EASTERN
  NYE 1 09-5244         James Welch, Jr., et al. v. Medtronic, Inc., et al.   10-1112   RHK/JSM
  NYE 1 09-5246         Larry Mack v. Medtronic, Inc., et al.   10-1113   RHK/JSM
  NYE 1 10-220          Betty Parish v. Medtronic, Inc., et al.   10-1114   RHK/JSM
  NYE 1 10-746          Bernard Woronoff, et al. v. Medtronic, Inc., et al.   10-1115   RHK/JSM

PENNSYLVANIA EASTERN
  PAE 2 10-656          Ernest Nuskey v. Medtronic, Inc.   10-1116   RHK/JSM

TENNESSEE EASTERN
  TNE 3 10-81           Charles Bryant, etc. v. Medtronic, Inc., et al.   10-1117   RHK/JSM

WEST VIRGINIA SOUTHERN
  WVS 2 10-179          Danny E. Hicks, et al. v. Medtronic, Inc., et al.   10-1118   RHK/JSM